IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANKIN FAMILY PARTNERSHIP, et al., : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | NO. 01-1622 |
| v. : | |
| : | |
| UPPER MERION TOWNSHIP, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 5th day of January 2012, upon consideration of Plaintiff Timoney's Motion for Leave to Supplement the First Amended Complaint (Doc. No. 115); Defendants' Amended Memorandum in Opposition to Plaintiff Timoney's Motion for Leave to File Supplemental Complaint And Cross-Claim (Doc. No. 118); Realen's Memorandum in Opposition re for Leave to File Supplemental Complaint And Cross-Claim (Doc. No. 120); Plaintiff Timoney's Reply to Response to Motion for Leave to File Supplemental Complaint And Cross-Claim (Doc. No. 125); Realen's Surreply in Opposition to Plaintiff Timoney's Motion for Leave to File Supplemental Complaint And Cross-Claim (Doc. No. 128); Defendants' Surreply in Opposition to Plaintiff Timoney's Motion for Leave to File Supplemental Complaint And Cross-Claim (Doc. No. 129); Realen's Supplemental Brief in Opposition to Plaintiff Timoney's Motion for Leave to File Supplemental Complaint And Cross-Claim (Doc. No. 156); Plaintiff Timoney's Supplemental Memorandum of Law in Support of its Motion for Leave to File Supplemental Complaint And Cross-Claim (Doc. No. 157); Defendants' Supplemental Brief in Opposition to Plaintiff Timoney's Motion for Leave to File Supplemental Complaint And

Cross-Claim (Doc. No. 158); arguments made by counsel at a hearing held on October 7, 2010; and for reasons set forth in the Opinion of the Court filed this day, it is **ORDERED** that Plaintiff Timoney's Motion (Doc. No. 115) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.